**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 65 WAL 2023

                Respondent          :

                                 :  Petition for Allowance of Appeal
                                 :  from the Order of the Superior Court

                v.                :

                                 :

TRAVIS LEE DEVAULT,            :

                                 :

                Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.